**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JANTZ & JANTZ GbR d/b/a ANITA'S & BELLA'S ART/ARTWORK,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-01284

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | liaoningyueyuefangzhigongmaoyouxiangongsi |
| 2 | HaosheenLtd |
| 3 | RuiYuYu |
| 4 | Dongwild |
| 5 | Jordtin |
| 6 | LeQingking |
| 7 | TiannYo |
| 8 | YourFairmont |
| 9 | QianGeTrade |
| 10 | RaoChan |
| 11 | 垒鑫技术咨询 |
| 12 | fuyangtengchangzaishengziyuanyouxiangongsi |
| 13 | zengqingshangmaoYYDS |
| 14 | huchunBestShop |
| 15 | 钏冉 |
| 16 | 承齐网络科技 |
| 17 | linyijianzhiyushangmaoyouxiangongsi |
| 18 | shanxixinwanshengyiliaoqixieyouxiangongsi |
| 19 | putianshichengxiangquguozhihaomaoyiyouxiangongsi |
| 20 | luoyangjianshengtiyuyongpinxiaoshouyouxiangongsi |
| 21 | Nuodu |

| 22 | shandongxuhuiguopinyouxiangongsi |
|----|----------------------------------|
| 23 | zhangshushenyuanlin |
| 24 | dongyingshidongyingqupenglongnongjinongminzhuanyehezuoshe |
| 25 | 顺禹科技 |
| 26 | qiuuuh |
| 27 | 永旭货物进出口 |
| 28 | CQFFQJ |
| 29 | HuaXianChunLeiZhongZhi |
| 30 | jiningyoumijiashangmaoyouxiangongsi |
| 31 | licaitt |
| 32 | guangzhouchangxiang |
| 33 | 辉翔建材 |
| 34 | Lin Qing Daily Department Store |
| 35 | zhengzhouhuimouyanjingyouxiangongsi |
| 36 | wuyangxiandingshengjiajuyouxiangongsi |
| 37 | 得新机械设备租赁 |
| 38 | jiaxingshisiyonghuwaiyongpinyouxiangongsi |
| 39 | wenzhoujichufushiyouxiangongsi |
| 40 | TangYinXianZhongXinQiCheZuLinFuWu |
| 41 | VibrantLift |
| 42 | HCX HOME |
| 43 | WinnderShawn |
| 44 | YAHOSG-YL |
| 45 | yunchengshiyanhuquxiaoyangshangmaoyouxiangongsi |
| 46 | Romanzazz |
| 47 | acdytion |
| 48 | ThaiNann |
| 49 | ShowZiCCCreated |
| 50 | YeiSummer |
| 51 | lilinfuzhuang |
| 52 | taoziyueshenghui |
| 53 | YXSMYXGS |
| 54 | SASUDOKAQLW |
| 55 | ShanNiKeJi |
| 56 | ZCHYHW |
| 57 | Xi Juming |

| | |
|---|---|
| 58 | yichangshiyilingqucengushangmaoxing |
| 59 | Loricete |
| 60 | DNTG（✿7~15 days delivery ✿) |
| 61 | JLJDP |
| 62 | AmoyStreet |
| 63 | Syluck |
| 64 | Gantang store |
| 65 | SHIYUEB1 |
| 66 | DIYUNGYIUONG |
| 67 | YOUTINGRAN |
| 68 | SEGT ONLINE STORE |
| 69 | BOTOLIKE |
| 70 | SPRINGFUN |
| 71 | SIYUETIANRUG |
| 72 | FLORCT |
| 73 | Yichangshixizhiyanshangmaoyouxiangongsi |
| 74 | NYCOM |
| 75 | Qivicima |
| 76 | lUCKYLUCKY |
| 77 | chenrongjiaju |
| 78 | Geleglaer |
| 79 | UNGHUGD |
| 80 | ztxddpbxg |
| 81 | zgzzgkdg |
| 82 | HuiXiangLongDing |
| 83 | ZOCAVIA-Women's |
| 84 | NANFENGKEJI |
| 85 | shunjeh |
| 86 | Virgin Mary Home |
| 87 | WEI RUN DIAN ZI SHANG MAO |
| 88 | QINGSHENMA |
| 89 | SEHANY |
| 90 | cldedian |
| 91 | meeting you is my luck |
| 92 | OYOANGLE ONLINE STORE |
| 93 | Treasured One |
| 94 | kangyebaihuodian |
| 95 | dfjf |

| | |
|---|---|
| 96 | Tahvesur |
| 97 | MR,ge |
| 98 | ZJKGEWDBJG |
| 99 | SHIRUIO SHOP |
| 100 | HWJAD |
| 101 | Hangsheng Fuyao Shop |
| 102 | XianningciyuanShop |
| 103 | Suihong Shop |
| 104 | Warm Decor Shop |
| 105 | lidandan |
| 106 | Snow Love Zhuoyi Womens Cloth |
| 107 | Good clothing for women |
| 108 | CozyCollectives |
| 109 | HerThread Co |
| 110 | Eleglo |
| 111 | rolloverworld |
| 112 | ouyadi |
| 113 | Tinicoe |
| 114 | Bohemian Breeze |
| 115 | Nebula Glow Xj |
| 116 | HUE LUMEN |
| 117 | Sky Blue Energy |
| 118 | YEYHBB local |
| 119 | ChicX |
| 120 | WOAIWOFThree |
| 121 | Cazy men shirt |
| 122 | Excellentt |
| 123 | Ann happy day |
| 124 | zhzhenlocal |
| 125 | Nyfariy Local |
| 126 | OuNaZi |
| 127 | DreamVibe |
| 128 | MyDesign Studio |
| 129 | The Blanket Haven |
| 130 | Dinora local |
| 131 | Newmeuse |
| 132 | Chixiao |
| 133 | Rose Bella Local |

| | |
|---|---|
| 134 | LuxeBrush ART |
| 135 | fangfang ART |
| 136 | ANAN cothing |
| 137 | Xshower |
| 138 | OHtHui clothes local |
| 139 | Michael SF Shop |
| 140 | MTH DIY |
| 141 | QF Flawless Fashion |
| 142 | KOOLBEAR |
| 143 | Static sister home textiles |
| 144 | Orange Pomelo diy |
| 145 | LONGTAg |